STATE OF NEW JERSEY v. MIGUEL VARGAS.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HUMBERTO MORALES.

June 3, 1986.

Petition for certification denied.

RITA M. SCULLY, ETC., ET AL. v. LIBERTY
MUTUAL INSURANCE COMPANY.

June 3, 1986.

Petition for certification denied.

AVEMCO INSURANCE COMPANY, ET AL. v. UNITED STATES
FIRE INSURANCE COMPANY.

June 3, 1986.

Petition for certification denied.